IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Isiah James, Jr.; and George Lee Tomlin, | ) C/A No.: 1:13-1936-TLW-SVH |
| Plaintiffs, | ) |
| vs. | ) ORDER |
| South Carolina Department of Corrections, SCDC, | ) |
| Defendant. | ) |

Defendant South Carolina Department of Corrections removed the above-captioned case from the Greenville County Court of Common Pleas on July 15, 2013. [Entry #1]. On July 26, 2013, Plaintiff Isiah James, Jr., filed a motion to remand this case to state court. [Entry #11]. It is unclear from the motion whether Plaintiffs intend to raise federal claims in this case.

Plaintiffs are each directed to answer the attached special interrogatories by September 10, 2013. Plaintiffs are advised that if they elect to pursue a state court remedy alone, the undersigned would document this concession by recommending remand of the case to state court. However, should the case be remanded to state court, Plaintiffs would not be allowed to assert any federal claims in the state court action.

IT IS SO ORDERED.

*Shiva V. Hodges*

August 16, 2013
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge