AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Isiah James, Jr.; George Lee Tomlin | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.    1:13-cv-01936-TLW |
| | ) |
| South Carolina Department of Corrections, SCDC, | ) |
| *Defendants* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____.

■   the plaintiffs, Isiah James, Jr. and George Lee Tomlin, take nothing of the defendant, South Carolina Department of
Corrections, as to the ninth cause of action and, this action is dismissed with prejudice as to that cause of action.

This action was *(check one)*:
❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, Chief United States District Judge, presiding.  The Court having adopted
the Report and Recommendation of US Magistrate Judge Shiva V. Hodges, which recommended dismissal of the
Plaintiffs' ninth cause of action.

Date:   March 19, 2014                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                        s/A. Buckingham
                                            _____
                                                *Signature of Clerk or Deputy Clerk*